## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN LAMAY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>　　　　　Defendant. | CASE NO. 1:20-CV-00343-DAD-EPG<br><br>ORDER GRANTING STIPULATION OF THE PARTIES TO MODIFY THE SCHEDULING ORDER IN THIS MATTER<br><br>(ECF No. 15) |

The parties filed a stipulation to modify the scheduling order on March 2, 2021. (ECF No. 15). Based on the stipulation by counsel of record, and good cause appearing, the Court will grant the stipulation. However, because the dispositive motion filing deadline has been continued, the Court will also continue the pretrial conference. Accordingly, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

///

///

///

///

///

///

///

| Category | Current Date | Revised Date |
|---|---|---|
| Non Expert Discovery Cutoff | March 8, 2021 | August 10, 2021 |
| Expert Disclosure | April 19, 2021 | September 1, 2021 |
| Rebuttal Expert Disclosure | May 24, 2021 | September 22, 2021 |
| Dispositive Motion Filing Deadline | Aug. 12, 2021 | October 14, 2021 |
| Pretrial Conference | January 24, 2022 | March 21, 2022 at 1:30 p.m. |

IT IS SO ORDERED.

Dated:   **March 3, 2021**                         /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE