1
2
3
4
5
6
7                       UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9

10   KATHLEEN LAMAY,                          Case No. 1:20-cv-00343-DAD-EPG

11              Plaintiff,                     ORDER RE: STIPULATION FOR
                                              DISMISSAL OF ACTION WITH PREJUDICE
12        v.                                  AND DIRECTING THE CLERK OF COURT
                                              TO CLOSE THE CASE
13   SUN LIFE ASSURANCE COMPANY OF
     CANADA,                                  (ECF NO. 17)
14
                Defendant.
15

16
          On June 11, 2021, the parties filed a joint stipulation dismissing this action with prejudice
17
     and with each party bearing its own costs and attorneys' fees.  (ECF No. 17).  In light of the
18
     parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been
19
     dismissed with prejudice and without an award of costs or attorneys' fees.  Accordingly, the Clerk
20
     of Court is directed to close this case.
21

22   IT IS SO ORDERED.

23
       Dated:   __June 14, 2021__            /s/ Erica P. Grosjean
24                                           UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                                 1